1 | JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
2 | JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
3 | ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney
4 |
5 |         450 Golden Gate Avenue,10th Floor
        San Francisco, California 94102-3495
        Telephone:    (415) 436-6813
6 |        Facsimile:    (415) 436-6748
        Email:        andrew.cheng@usdoj.gov
7 |
Attorneys for Federal Defendant
8 |
                    UNITED STATES DISTRICT COURT
9 |
                  NORTHERN  DISTRICT OF CALIFORNIA
10 |
                      SAN FRANCISCO DIVISION
11 |
E.K. WADE,                        )        No. C 06-4725 MJJ
12 |                                  )        No. C 08-00001 EMC
                        Plaintiff,   )
13 |                                  )
                v.                   )        **ADMINISTRATIVE MOTION TO**
14 |                                  )        **CONSOLIDATE CASES AND**
ELAINE CHAO, SECRETARY OF         )        **[PROPOSED] ORDER**
15 | LABOR, ET AL.                    )
                                  )
16 |                      Defendant.  )
                                  )
17 |                                  )
                                  )
18 |  _____ )

On December 28, 2007, this Court dismissed the action of *E.K. Wade v. Elaine Chao*, 06-
19 |
4725 MJJ and gave plaintiff leave to file a new complaint.
20 |
Plaintiff has filed the new complaint – *E.K. Wade v. Elaine Chao, et al.*, 08-00001 EMC.
21 |
The Federal Defendant respectfully requests the Court to relate the cases.
22 |
23 |
                                        Respectfully submitted,
24 |
                                        JOSEPH P. RUSSONIELLO
25 |                                        United States Attorney
26 |
27 | Dated: January 7, 2008                        /s/
                                        ANDREW Y.S. CHENG
28 |                                        Assistant United States Attorney

1  **ORDER**

2

3      The Court, having considered the briefing of the parties, orders that plaintiff's complaint

4  in *E.K. Wade v. Elaine Chao*, 08-00001 EMC be related to the case of *E.K. Wade v. Elaine Chao*,

5  06-4725 MJJ and that Judge Jenkins be assigned for all matters to the new case.

6

7  DATED:_____        _____

8                                       HONORABLE MARTIN J. JENKINS

9                                       U.S. DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO CONSOLIDATE
CASES, C 08-00001EMC              2

1

## CERTIFICATE OF SERVICE

2     The undersigned hereby certifies that she is an employee of the Office of the United

3  States Attorney for the Northern District of California and is a person of such age and discretion

4  to be competent to serve papers.  The undersigned further certifies that she is causing a copy of

5  the following:

6

7     ADMINISTRATIVE MOTION TO CONSOLIDATE CASES AND [PROPOSED] ORDER

8     E.K. Wade v. Elaine Chao, Secretary of Labor, et al.
      Case No. C 06-4725 MJJ & C 08-0001 EMC

9  to be served this date upon the party in this action by placing a true copy thereof in a sealed

10  envelope, and served as follows:

11

12    **X**     **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
              the designated area for outgoing U.S. mail in accordance with this office's practice.

13
14    ____    **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid
              in the designated area for outgoing U.S. mail in accordance with this office's practice.

15    ____    **PERSONAL SERVICE (BY MESSENGER)**

16    ____    **FEDERAL EXPRESS**

17    ____    **FACSIMILE (FAX)**  Telephone No.:  See Below

18  to the party(ies) addressed as follows:

19  E. K. Wade
    542 North Civic Drive, Apt. D
20  Walnut Creek, CA 94597

21     I declare under penalty of perjury under the laws of the United States that the foregoing is

22  true and correct.

23     Executed on January 7, 2008 at San Francisco, California.

24

25                                    /s/
                                    BONNY WONG
26                                  Legal Assistant

27

28