1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CSBN 203307)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6962
6      FAX: (415) 436-6748
       melissa.k.brown@usdoj.gov
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12
   E.K. WADE,                        )    No. C 06-4725 MJJ
13                                   )    No. C 08-00001 PJH
          Plaintiff,                 )
14                                   )
       v.                            )    **SUBSTITUTION OF COUNSEL**
15                                   )
   ELAINE CHAO, SECRETARY OF         )
16 LABOR, ET AL.,                    )
                                     )
17        Defendant.                 )

SUBSTITUTION OF COUNSEL
C 06-4725 MJJ
C 08-00001 PJH

TO THE COURT AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Federal Defendants hereby substitute Assistant United States Attorney Melissa K. Brown for Assistant United States Attorney, Andrew Y.S. Cheng as counsel for the Federal Defendants in the above-referenced action.   All future correspondence and pleadings to the United States should be directed to:

AUSA Melissa K. Brown  
United States Attorney's Office  
450 Golden Gate Ave., 9th Floor, Box 36055  
San Francisco, CA 94102-3495  
Telephone:  (415) 436-6962  
Facsimile:  (415) 436-6748  
melissa.k.brown@usdoj.gov

DATED: January 09, 2008           Respectfully submitted,  
                                            JOSEPH P. RUSSONIELLO  
                                            United States Attorney

                                            /S/  
                                            _____  
                                            MELISSA K. BROWN  
                                            Assistant United States Attorney

SUBSTITUTION OF COUNSEL  
C 06-4725 MJJ  
C 08-00001 PJH

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

### SUBSTITUTION OF COUNSEL

<u>E.K. Wade v. Elaine Chao, Secretary of Labor, et al.</u>
C 06-4725 MJJ
C 08-00001 PJH

to be served this date upon each of the persons indicated below at the address shown:

E.K. Wade
542 North Circle Drive, Apt. D
Walnut Creek, CA 94597

√    **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___    **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be delivered by hand to the person or offices of each addressee above.

___    **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the person or offices of each addressee above.

___    **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above.

___    **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed January 9, 2008 at San Francisco, California.

_/s/_
KATHY TERRY
Legal Assistant

SUBSTITUTION OF COUNSEL
C 06-4725 MJJ
C 08-00001 PJH