1   JOSEPH P. RUSSONIELLO (SBN 44332)
    United States Attorney
2   JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
3   ANDREW Y.S. CHENG (SBN 164613)
    Assistant United States Attorney
4
5       450 Golden Gate Avenue,10th Floor
        San Francisco, California 94102-3495
        Telephone:    (415) 436-6813
6       Facsimile:     (415) 436-6748
        Email:         andrew.cheng@usdoj.gov
7
    Attorneys for Federal Defendant
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN  DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11
    E.K. WADE,                          )    No. C 06-4725 MJJ
12                                      )    No. C 08-00001 EMC
                         Plaintiff,     )
13                                      )
             v.                         )    ADMINISTRATIVE MOTION TO RELATE
14                                      )    ██████████████ CASES AND
                                        )    [██████████] ORDER
    ELAINE CHAO, SECRETARY OF           )
15  LABOR, ET AL.                       )
                                        )
16                       Defendant.     )
                                        )
17                                      )
                                        )
18  _____)

19          On December 28, 2007, this Court dismissed the action of *E.K. Wade v. Elaine Chao*, 06-

20  4725 MJJ and gave plaintiff leave to file a new complaint.

21          Plaintiff has filed the new complaint – *E.K. Wade v. Elaine Chao, et al.*, 08-00001 EMC.

    The Federal Defendant respectfully requests the Court to relate the cases.
22

23

24                                            Respectfully submitted,

25                                            JOSEPH P. RUSSONIELLO
                                              United States Attorney
26

27  Dated: January 7, 2008                           _____/s/_____
                                                      ANDREW Y.S. CHENG
28                                                    Assistant United States Attorney

**ORDER**

The Court, having considered the briefing of the parties, orders that plaintiff's complaint in *E.K. Wade v. Elaine Chao*, 08-00001 EMC be related to the case of *E.K. Wade v. Elaine Chao*, 06-4725 MJJ and that Judge Jenkins be assigned for all matters to the new case.

DATED: 1/15/2008 _____

_____

HONORABLE MARTIN J. JENKINS

U.S. DISTRICT COURT JUDGE

1

## CERTIFICATE OF SERVICE

2
      The undersigned hereby certifies that she is an employee of the Office of the United

3
States Attorney for the Northern District of California and is a person of such age and discretion

4
to be competent to serve papers.  The undersigned further certifies that she is causing a copy of

5
the following:

6

7
ADMINISTRATIVE MOTION TO CONSOLIDATE CASES AND [PROPOSED] ORDER

8
E.K. Wade v. Elaine Chao, Secretary of Labor, et al.
Case No. C 06-4725 MJJ & C 08-0001 EMC

9
to be served this date upon the party in this action by placing a true copy thereof in a sealed

10
envelope, and served as follows:

11

12
__X__ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
the designated area for outgoing U.S. mail in accordance with this office's practice.

13
____ **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid
in the designated area for outgoing U.S. mail in accordance with this office's practice.

14

15
____ **PERSONAL SERVICE (BY MESSENGER)**

16
____ **FEDERAL EXPRESS**

17
____ **FACSIMILE (FAX)**  Telephone No.: __See Below_____

18
to the party(ies) addressed as follows:

19
E. K. Wade
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597

20

21
      I declare under penalty of perjury under the laws of the United States that the foregoing is

22
true and correct.

23
      Executed on January 7, 2008 at San Francisco, California.

24

25
_____/s/_____
BONNY WONG

26
Legal Assistant

27

28