1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CSBN 203307)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6962
6      FAX: (415) 436-6748
       melissa.k.brown@usdoj.gov
7
   Attorneys for Defendants
8
9                UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA
11               SAN FRANCISCO DIVISION
12
13 E.K. WADE,                    )   No. C 06-4725 MJJ
                                 )   No. C 08-00001 PJH
        Plaintiff,               )
14                               )
     v.                          )   **SUBSTITUTION OF COUNSEL**
15                               )
   ELAINE CHAO, SECRETARY OF     )   AND ORDER
16 LABOR, ET AL.,                )
                                 )
17      Defendant.               )

SUBSTITUTION OF COUNSEL
C 06-4725 MJJ
C 08-00001 PJH

1
2   TO THE COURT AND ATTORNEYS OF RECORD:

3   PLEASE TAKE NOTICE that the Federal Defendants hereby substitute Assistant United
States Attorney Melissa K. Brown for Assistant United States Attorney, Andrew Y.S. Cheng as
4
counsel for the Federal Defendants in the above-referenced action.   All future correspondence
5
and pleadings to the United States should be directed to:
6
AUSA Melissa K. Brown
7   United States Attorney's Office
450 Golden Gate Ave., 9th Floor, Box 36055
8   San Francisco, CA 94102-3495
Telephone:  (415) 436-6962
9   Facsimile:  (415) 436-6748
melissa.k.brown@usdoj.gov
10

11
DATED: January 09, 2008                  Respectfully submitted,
12                                           JOSEPH P. RUSSONIELLO
                                         United States Attorney
13

14                                               /S/
                                         _____
15                                       MELISSA K. BROWN
                                         Assistant United States Attorney
16

17

18

19

20  

21

22

23

24

25

26

27

28

SUBSTITUTION OF COUNSEL
C 06-4725 MJJ
C 08-00001 PJH