FILED

JAN 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  E.K. Wade (Pro Se)
   542 North Civic Drive, Apt. D
2  Walnut Creek, CA 94597
   (925) 323-1578
3  ekpeactime@aol.com

4  **Attorney for Plaintiff**

5

6

7

8

9  ## UNITED STATES DISTRICT COURT

10 ## NORTHERN DISTRICT OF CALIFORNIA

11 ## SAN FRANCISCO DIVISION

12

13 **E. K. Wade,**                        ) Case No.: C 08-0001 EMC MJJ
                                           )
14          **Plaintiff,**                 )    **VERIFIED COMPLAINT**
                                           )        **FOR DAMAGES**
15          **vs.**                        )
                                           ) <u>**Conspiracy to Deprive Equal Protection of**</u>
16                                         ) <u>**the Laws (Race & Disability); and**</u>
   **Elaine Chao, Charles James, Woody**  ) <u>**Conspiracy to Interfere with Civil Rights**</u>
17 **Gilliland, Doug Betten, William**     ) <u>**(Race & Disability).**</u>
   **Smitherman, Georgia Martin, Alice Young,** )
18 **Sarah Nelson, Bonnie Corley, Kathyann** ) U.S. Const. amend. I;
   **Batiste, Berlene Roberts, and Jesus Alvarez** ) U.S. Const. amend. XIV, § I;
19          **Defendants.**               ) 42 U.S.C.A. § 1985(3); and
                                           ) 42 U.S.C.A. § 1983
20                                         ) Cal. Code Civ. Proc. § 335.1.

21                                             **DEMAND FOR JURY TRIAL**

22  _____

23              **PROOF OF SERVICE BY MAIL**

24      I am a citizen of the United States and a resident of the

25  City of Concord, California and Contra Costa County.  I am over

26  the age of eighteen years and not a party to the within action.

27

28

E. K. Wade v. Elaine Chao, et al
Proof of Service - 1

1   My business address is 536 Mission Street, San Francisco,

2   California, 94105.

3
4           On January 28, 2008, I served the within **COMPLAINT,**

5   **SUMMONS, AND ADR** on the parties in said action, by placing a

6   true copy thereof enclosed in a sealed envelope with postage

7   thereon fully prepaid, in the United States post office mail box

8   at San Francisco, California addressed as follows:

9

| Georgia Martin | Berlene Roberts |
|---|---|
| U.S. Department of Labor | U.S. Department of Labor |
| 90 Seventh Street, Ste. 18-300 | 90 Seventh Street, Ste. 18-300 |
| San Francisco, CA  94103 | San Francisco, CA  94103 |

10

11

12

13          This service represents the second time for Georgia Martin

14   because Plaintiff never received the green card certification

15   that she received the first service; and this represents the

16
17   third time for Berlene Roberts because she has twice sent

18   Plaintiff ALL materials back to him.  In this way, Ms. Martin

19   and Ms. Roberts will be forwarded these documents through their

20   employer.

21          I Ted Mavrakos, declare under penalty of perjury that the

22   foregoing is true and correct.

23

24          Executed this 28th day of January 2008 at San Francisco,

25   California.

26

27

28

E. K. Wade v. Elaine Chao, et al
Proof of Service - 2