1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (SBN 203307)
   Assistant United States Attorney
4
         450 Golden Gate Avenue,10th Floor
5        San Francisco, California 94102-3495
         Telephone:    (415) 436-6962
6        Facsimile:    (415) 436-6748
         Email:        melissa.k.brown@usdoj.gov
7
   Attorneys for Federal Defendants
8
                         UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11
   E.K. WADE,                          )    No. C 08-00001 MJJ
12                                     )    No. C 08-00021 MEJ
                   Plaintiff,          )
13                                     )
              v.                       )    **ADMINISTRATIVE MOTION TO**
14                                     )    **CONSOLIDATE CASES AND**
   ELAINE CHAO, SECRETARY OF           )    **[PROPOSED] ORDER**
15 LABOR, ET AL.                       )
                                       )
16                 Defendant.          )
                                       )
17                                     )
                                       )
18 ─────────────────────────────

19       On December 28, 2007, this Court dismissed the action of *E.K. Wade v. Elaine Chao*, 06-

20 4725 MJJ and gave plaintiff leave to file a new complaint. On January 2, 2008, Plaintiff filed the

21 new complaint *E.K. Wade v. Elaine Chao, et al.*, CV-08-00001 PJH. On January 17, 2008 the

   court issued an order reassigning case No.CV-08-00001 PJH to the Honorable Martin Jenkins.
22
          However, on January 3, 2008, Plaintiff also filed the new complaint *E.K. Wade v. Elaine*
23
   *Chao et al.*, CV-08-0021 MEJ. Because both complaints (CV-08-00001 and CV-08-00021)
24
   involve the same parties, facts and circumstances, and because this Court has previously ordered
25
   that all actions against the Secretary of Labor be consolidated into one complaint,
26 //
27 //
28

the Federal Defendants request the Court to order plaintiff to consolidate all allegations against *Elaine Chao et al.* into a single Fifth Amended Complaint.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: February 4, 2008

/s/
_____
MELISSA K. BROWN
Assistant United States Attorney

**ORDER**

The Court, having considered the briefing of the parties, orders that plaintiff's complaint for damages filed on January 3, 2008 – be consolidated into plaintiff's Fifth Amended Complaint to be filed in the C 08-00001 MJJ case. Once the complaints have been consolidated, plaintiff shall dismiss the C 08-00021 MEJ complaint with prejudice. The United States Attorney's Office will accept service of the new complaint and will file a responsive pleading within 60 days of service of the new complaint.

DATED:_____     _____

HONORABLE MARTIN J. JENKINS
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**ADMINISTRATIVE MOTION TO CONSOLIDATE CASES**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)**

____ **FEDERAL EXPRESS**

____ **FACSIMILE (FAX)**  Telephone No.: _See Below_

to the party(ies) addressed as follows:

| E.K. Wade<br>542 North Civic Drive, Apt. D<br>Walnut Creek, CA 94597 | | |
|---|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 4, 2008 at San Francisco, California.

```
        /s/
_____
MANIK BOWIE
Legal Assistant
```