```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
 3  MELISSA K. BROWN (SBN 203307)
    Assistant United States Attorney
 4
           450 Golden Gate Avenue,10th Floor
 5         San Francisco, California 94102-3495
           Telephone:    (415) 436-6962
 6         Facsimile:    (415) 436-6748
           Email:        melissa.k.brown@usdoj.gov
 7
    Attorneys for Federal Defendants
 8
                         UNITED STATES DISTRICT COURT
 9
                        NORTHERN  DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11
    E.K. WADE,                          )   No. C 08-00001 JSW
12                                      )   No. C 08-00021 CRB
                    Plaintiff,          )
13                                      )
              v.                        )   ADMINISTRATIVE MOTION TO
14                                      )   CONSOLIDATE CASES AND
    ELAINE CHAO, SECRETARY OF           )   [PROPOSED] ORDER
15  LABOR, ET AL.                       )
                                        )
16                  Defendant.          )
                                        )
17                                      )
                                        )
18
```

This motion was originally filed on February 4, 2008.  The Defendant re-files it due to the reassignment of this case to the honorable Jeffrey S. White.

On December 28, 2007, this Court dismissed the action of *E.K. Wade v. Elaine Chao*, 06-4725 MJJ and gave plaintiff leave to file a new complaint.  On January 2, 2008, Plaintiff filed the new complaint *E.K. Wade v. Elaine Chao, et al.*, CV-08-00001 PJH.  On January 17, 2008 the court issued an order reassigning case No.CV-08-00001 PJH to the Honorable Martin Jenkins.

However, on January 3, 2008, Plaintiff also filed the new complaint *E.K. Wade v. Elaine Chao et al.*, CV-08-0021 MEJ.  Because both complaints (CV-08-00001 and CV-08-00021) involve the same parties, facts and circumstances, and because this Court has previously ordered that all actions against the Secretary of Labor be consolidated into one complaint,

//

//

the Federal Defendants request the Court to order plaintiff to consolidate all allegations against *Elaine Chao et al.* into a single Fifth Amended Complaint.

                Respectfully submitted,

                JOSEPH P. RUSSONIELLO
                United States Attorney

                /s/

Dated: February 20, 2008

                MELISSA K. BROWN
                Assistant United States Attorney

## ORDER

      The Court, having considered the briefing of the parties, orders that plaintiff's complaint for damages filed on January 3, 2008 – be consolidated into plaintiff's Fifth Amended Complaint to be filed in the C 08-00001 MJJ case. Once the complaints have been consolidated, plaintiff shall dismiss the C 08-00021 MEJ complaint with prejudice. The United States Attorney's Office will accept service of the new complaint and will file a responsive pleading within 60 days of service of the new complaint.

DATED:_____    _____

                                              HONORABLE JEFFREY S. WHITE
                                              U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**ADMINISTRATIVE MOTION TO CONSOLIDATE CASES**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)**

____ **FEDERAL EXPRESS**

____ **FACSIMILE (FAX)** Telephone No.: __See Below__

to the party(ies) addressed as follows:

| E.K. Wade<br>542 North Civic Drive, Apt. D<br>Walnut Creek, CA 94597 | | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 20, 2008 at San Francisco, California.

_____
MANIK BOWIE
Legal Assistant

ADMINISTRATIVE MOTION TO CONSOLIDATE
CASES, C 08-00001 JSW and C-08-0021 CRB          3