IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,

    Plaintiff,

v.

ELAINE CHAO, et al.

    Defendants.

No. C 08-00001 JSW

**ORDER DENYING WITHOUT PREJUDICE ADMINISTRATIVE MOTIONS TO CONSOLIDATE CASES**

On February 15, 2008, this case was reassigned to this Court. Defendant Elaine Chao has filed two administrative motions to consolidate this case with case 08-21-CRB. (*See* Docket Nos. 17, 19.) Defendant's request to consolidate these two cases is not the proper subject of an administrative motion. Defendant's motions are DENIED WITHOUT PREJUDICE to filing an administrative motion to relate these two cases, and thereafter filing a properly noticed motion to consolidate. In the alternative, if Defendant is able to reach an agreement with Plaintiff that these two cases should, in fact, be consolidated, the parties may submit a stipulation and proposed order to that effect.

**IT IS SO ORDERED.**

Dated: FEB 2 0 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE