1   E.K. Wade (Pro se)
    542 North Civic Drive, Apt. D
2   Walnut Creek, CA 94597
    (925) 323-1578
3   ekpeactime@aol.com

4   Attorney for Plaintiff (Pro se)

5   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
6   JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
7   MELISSA K. BROWN (SBN 203307)
    Assistant United States Attorney

8
        450 Golden Gate Avenue,10th Floor
9       San Francisco, California 94102-3495
        Telephone:    (415) 436-6962
10      Facsimile:    (415) 436-6748
        Email:        melissa.k.brown@usdoj.gov
11
    Attorneys for Federal Defendants
12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN  DISTRICT OF CALIFORNIA
14
                    SAN FRANCISCO DIVISION
15
    E.K. WADE,                          )    No. C 08-00001 JSW
16                                       )    No. C 08-00021 CRB
                            Plaintiff,   )
17                                       )    **JOINT STIPULATION TO**
                    v.                   )    **CONSOLIDATE CASES AND TO**
18                                       )    **EXTEND TIME FOR THE FEDERAL**
    ELAINE CHAO, SECRETARY OF            )    **DEFENDANTS TO FILE RESPONSIVE**
19  LABOR, ET AL.                        )    **PLEADINGS AND [PROPOSED]**
                                         )    **ORDER**
20                          Defendant.   )
                                         )
21                                       )
                                         )
22  _____ )

23      The parties, Plaintiff, E.K. Wade, *pro se* and the defendant Elaine Chao, Secretary of

24  Labor and each of the individual defendants (collectively, the "Federal Defendants") by and

25  through their counsel stipulate to the following:

        WHEREAS, on January 2, 2008, Plaintiff E.K. Wade filed a Verified Complaint for
26
    Damages, case No. CV 08-00001 JSW against Elaine Chao Secretary of Labor for the
27
    Department of Labor;
28
        WHEREAS, on January 3, 2008, Plaintiff E.K. Wade filed a second Verified Complaint

    for Damages, case No. CV 08-00021 CRB against Elaine Chao, Charles James, Woody Gilliland,

1  Doug Betten, William Smitherman, Georgia Martin, Alice Young, Sarah Nelson, Bonnie Corley,

2  Kathyann Batiste, Berlene Roberts and Jesus Alvarez in their individual capacities;

3        WHEREAS, both cases CV 08-00001 JSW and CV 08-00021 involve the same facts,

4  circumstances, and parties, and include related and overlapping legal and factual issues;

5        WHEREAS, on February 20, 2008, the Federal Defendants filed a Motion to Relate the

6  cases;

7        WHEREAS, the parties to this action, through their respective attorneys stipulate to the

8  following:

9        1.     Case No. CV 08-00001 JSW and CV 08-00021 CRB shall be consolidated into

10              one action bearing the Case No. CV 08-00001 JSW.

11       2.     The Federal Defendants shall have until March 19, 2008, to file responsive

12              pleadings to the Complaint Case No. CV 08-0001 JSW and Case No. CV 08-

13              00021 CRB under the consolidated Case No. CV 08-0001 JSW.

14
                                            Respectfully submitted,
15
                                            E.K. WADE
16
                                              /s/
17  Dated: February 22, 2008
                                            E.K. WADE (Pro se)
18

19

20
                                            Respectfully submitted,
21
                                            JOSEPH P. RUSSONIELLO
22                                          United States Attorney

23                                            /s/
    Dated: February 22, 2008
24                                          MELISSA K. BROWN
                                            Assistant United States Attorney
25

26

27

28

JOINT STIPULATION TO CONSOLIDATE CASES AND EXTEND TIME TO FILE RESPONSIVE PLEADING
AND [PROPOSED] ORDER, C 08-00001 JSW and C-08-20021 CRB

1

**ORDER**

2      The Court orders that Case No. CV 08-00001 JSW and CV 08-00021 CRB shall be

3  consolidated into one action bearing the Case No. CV 08-00001 JSW.

4      The Court further orders that the Federal Defendants shall have until March 19, 2008, to

5  file responsive pleadings to the Complaint Case No. CV 08-0001 JSW and Case No. CV 08-

6  00021 CRB under the consolidated Case No. CV 08-0001 JSW..

7

8  DATED:_____                    _____

9                                                 HONORABLE JEFFREY S. WHITE

10                                                 U.S. DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she is causing a copy of the following:

**JOINT STIPULATION TO CONSOLIDATE CASES AND TO EXTEND TIME FOR THE FEDERAL DEFENDANTS TO FILE RESPONSIVE PLEADINGS AND [PROPOSED] ORDER**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

**  X    FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____   **PERSONAL SERVICE (BY MESSENGER)**

_____   **FEDERAL EXPRESS**

_____   **FACSIMILE (FAX)**  Telephone No.:  _See Below_____

to the party(ies) addressed as follows:

| | | |
|---|---|---|
| E.K. Wade<br>542 North Civic Drive, Apt. D<br>Walnut Creek, CA 94597 | | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 22, 2008 at San Francisco, California.

_____/s/_____
CAROL WEXELBAUM
Legal Assistant