E.K. Wade (Pro se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

Attorney for Plaintiff (Pro se)

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6962
    Facsimile:   (415) 436-6748
    Email:      melissa.k.brown@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E.K. WADE,<br><br>               Plaintiff,<br><br>    v.<br><br>ELAINE CHAO, SECRETARY OF LABOR, ET AL.<br><br>               Defendant. | No. C 08-00001 JSW<br>No. C 08-00021 CRB<br><br>**JOINT STIPULATION TO CONSOLIDATE CASES AND TO EXTEND TIME FOR THE FEDERAL DEFENDANTS TO FILE RESPONSIVE PLEADINGS AND** [PROPOSED] **ORDER** |

       The parties, Plaintiff, E.K. Wade, *pro se* and the defendant Elaine Chao, Secretary of Labor and each of the individual defendants (collectively, the "Federal Defendants") by and through their counsel stipulate to the following:

       WHEREAS, on January 2, 2008, Plaintiff E.K. Wade filed a Verified Complaint for Damages, case No. CV 08-00001 JSW against Elaine Chao Secretary of Labor for the Department of Labor;

       WHEREAS, on January 3, 2008, Plaintiff E.K. Wade filed a second Verified Complaint for Damages, case No. CV 08-00021 CRB against Elaine Chao, Charles James, Woody Gilliland,

1 | Doug Betten, William Smitherman, Georgia Martin, Alice Young, Sarah Nelson, Bonnie Corley,
2 | Kathyann Batiste, Berlene Roberts and Jesus Alvarez in their individual capacities;
3 |     WHEREAS, both cases CV 08-00001 JSW and CV 08-00021 involve the same facts,
4 | circumstances, and parties, and include related and overlapping legal and factual issues;
5 |     WHEREAS, on February 20, 2008, the Federal Defendants filed a Motion to Relate the
6 | cases;
7 |     WHEREAS, the parties to this action, through their respective attorneys stipulate to the
8 | following:
9 |     1.    Case No. CV 08-00001 JSW and CV 08-00021 CRB shall be consolidated into
10 |     one action bearing the Case No. CV 08-00001 JSW.
11 |     2.    The Federal Defendants shall have until March 19, 2008, to file responsive
12 |     pleadings to the Complaint Case No. CV 08-0001 JSW and Case No. CV 08-
13 |     00021 CRB under the consolidated Case No. CV 08-0001 JSW.

Respectfully submitted,

E.K. WADE

/s/
_____
E.K. WADE (Pro se)

Dated: February 22, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
MELISSA K. BROWN
Assistant United States Attorney

Dated: February 22, 2008

**ORDER**

The Court orders that Case No. CV 08-00001 JSW and CV 08-00021 CRB shall be consolidated into one action bearing the Case No. CV 08-00001 JSW.

The Court further orders that the Federal Defendants shall have until March 19, 2008, to file responsive pleadings to the Complaint Case No. CV 08-0001 JSW and Case No. CV 08-00021 CRB under the consolidated Case No. CV 08-0001 JSW..

DATED:_____                    _____
                                         HONORABLE JEFFREY S. WHITE
                                         U.S. DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,

        Plaintiff,

v.

ELAINE CHAO et al,

        Defendant.

Case Number: CV08-00001 JSW
CV08-00021 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E. K. Wade
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597

Melissa K. Brown
United States Attorney's Office
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco, CA 94102

Dated: February 25, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk