```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney

        450 Golden Gate Avenue, 10th Floor
        San Francisco, California 94102-3495
        Telephone:  (415) 436-6962
        Facsimile:  (415) 436-6748
        Email:      melissa.k.brown@usdoj.gov

Attorneys for Federal Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E.K. WADE,<br><br>    Plaintiff,<br><br>    v.<br><br>ELAINE CHAO, SECRETARY OF LABOR, ET AL.<br><br>    Defendant. | ***Consolidated Cases***:<br>No. C 08-00001 JSW<br>No. C 08-00021 JSW<br><br>**ADR CERTIFICATION** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that she has:

**a.**  Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**b.**  Discussed the available dispute resolution options provided by the Court and private entities; and

1      **c.**    Considered whether this case might benefit from any of the available
2          dispute resolution options.

3

4  DATED: March 10, 2008         /s/ Isabella Del Santo

5                            ISABELLA DEL SANTO
6                            For Department of Labor

7

8  DATED: March 10, 2008         Respectfully submitted,
                                      JOSEPH P. RUSSONIELLO
9                            United States Attorney

10                            /s/ Melissa K. Brown

11

12                            MELISSA K. BROWN
                          Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADR CERTIFICATION
C 08-00001 JSW and C-08-0021 CRB      2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**ADR CERTIFICATION**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **PERSONAL SERVICE (BY MESSENGER)**

____  **FEDERAL EXPRESS**

____  **FACSIMILE (FAX)**  Telephone No.: __See Below__

to the party(ies) addressed as follows:

| |
|---|
| E.K. Wade<br>542 North Civic Drive,<br>Apt. D<br>Walnut Creek, CA<br>94597 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 10, 2008 at San Francisco, California.

_____/s/_____
CAROL E. WEXELBAUM
Legal Assistant

ADR CERTIFICATION
C 08-00001 JSW and C-08-0021 CRB            3