```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (SBN 203307)
   Assistant United States Attorney
4
           450 Golden Gate Avenue,10th Floor
5          San Francisco, California 94102-3495
           Telephone:   (415) 436-6962
6          Facsimile:   (415) 436-6748
           Email:       melissa.k.brown@usdoj.gov
7
   Attorneys for Federal Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| E.K. WADE, | ) | ***Consolidated Cases***: |
|---|---|---|
| | ) | No. C 08-00001 JSW |
| Plaintiff, | ) | No. C 08-00021 JSW |
| | ) | |
| v. | ) | **NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
| ELAINE CHAO, SECRETARY OF LABOR, ET AL. | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for Defendants in the above-referenced actions reports that she contacted Plaintiff E.K. Wade *Pro se* by telephone to meet and confer, on March 5, 2008. Mr. Wade informed her that he was not interested in participating in an alternative dispute resolution process. The Federal Defendants are willing to participate in mediation.

Date of Case Management Conference: **March 21, 2008**

The following counsel should participate in the ADR phone conference:

| **Name** | **Party Representing** | **Phone No.** | **E-Mail Address** |
|---|---|---|---|
| Melissa K. Brown | The Department of Labor | (415) 436-6962 | melissa.k.brown@usdoj.gov. |
| E.K. Wade (ProSe) | Plaintiff | (925) 323-1578 | ekpeactime@aol.com |

//

1  Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate
2  in a telephone conference with a member of the ADR Legal Staff before the Case Management
3  Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of
4  your phone conference.

6  DATED: March 10, 2008                    Respectfully submitted,
                                            JOSEPH P. RUSSONIELLO
7                                           United States Attorney

8                                                /s/ Melissa K. Brown

                                            _____
                                            MELISSA K. BROWN
10                                          Assistant United States Attorney

NOTICE OF NEED OF ADR PHONE CONFERENCE
CONSOLIDATED CASE NOS. C 08-00001 JSW and C-08-0021 JSW

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)**

____ **FEDERAL EXPRESS**

____ **FACSIMILE (FAX)**  Telephone No.: __See Below__

to the party(ies) addressed as follows:

| E.K. Wade<br>542 North Civic Drive,<br>Apt. D<br>Walnut Creek, CA<br>94597 | | |
|---|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 10, 2008 at San Francisco, California.

_____/s/_____
CAROL E. WEXELBAUM
Legal Assistant

NOTICE OF NEED OF ADR PHONE CONFERENCE
CONSOLIDATED CASE NOS. C 08-00001 JSW and C-08-0021 JSW
3