1  E.K. Wade (Pro Se)
   542 North Civic Drive, Apt. D
2  Walnut Creek, CA 94597
   (925) 323-1578
3  ekpeactime@aol.com

4  **Attorney for Plaintiff**

FILED

08 MAR -6 PM 1:01

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **E. K. Wade**<br><br>                    **Plaintiff,**<br><br>**vs.**<br><br>**Elaine Chao, Secretary of Labor,**<br><br>                    **Defendants.** | **Case No. C 08-0001 JSW**<br><br>**VERIFIED COMPLAINT FOR DAMAGES**<br><br>**Title VII & DFEH Act:**<br><br>Discrimination in Promotion (Race, Disability, and Age);<br>Disparate Treatment Discrimination (Race, Disability, and Age);<br>Retaliatory Discrimination (Race, Disability, and Age);<br>Hostile Work Environment Harassment (Race, Disability, and Age);<br>Retaliatory Discrimination – Issuance of 14-day Proposed Suspension (Race, Disability, and Age);<br>and Constructive Discharge (Race, Disability, and Age). |

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the City of Concord, California and Contra Costa County. I am over the age of eighteen years and not a party to the within action.

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 1

1  My business address is 536 Mission Street, San Francisco,
2  California, 94105.
3     On March 6, 2008, I served the within **ORDER SETTING CASE**
4  **MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT**
5  **CONFERENCE STATEMENT** on the parties in said action, by placing a
6  
7  true copy thereof enclosed in a sealed envelope with postage
8  thereon fully prepaid, in the United States post office mail box
9  at Walnut Creek, California addressed as follows:
10 
11 Melissa Brown, Esq.
   U.S. ATTORNEY
12 450 Golden Gate Avenue, 9th Floor
   San Francisco, CA  94102
13 
14    I, Ted Mavrakos, declare under penalty of perjury that the
15 foregoing is true and correct.
16    Executed this 6th day of March 2008 at San Francisco,
17 California.
18                                        *[signature]*

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 2