E.K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| E. K. Wade,<br><br>    Plaintiff,<br><br>    vs.<br><br>Elaine Chao, Charles James, Woody Gilliland, Doug Betten, William Smitherman, Georgia Martin, Alice Young, Sarah Nelson, Bonnie Corley, Kathyann Batiste, Berlene Roberts, and Jesus Alvarez<br>    Defendants. | Case No.: C 08-0001 JSW<br><br>**AMENDED VERIFIED COMPLAINT FOR DAMAGES**<br><br><u>Conspiracy to Deprive Equal Protection of the Laws (Race & Disability); and Conspiracy to Interfere with Civil Rights (Race & Disability).</u><br><br>U.S. Const. amend. I;<br>U.S. Const. amend. XIV, § I;<br>42 U.S.C.A. § 1985(3); and<br>42 U.S.C.A. § 1983<br>Cal. Code Civ. Proc. § 335.1.<br><br>**DEMAND FOR JURY TRIAL** |

### PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the City of Concord, California and Contra Costa County. I am over the age of eighteen years and not a party to the within action.

---

E. K. Wade v. Elaine Chao, et al
Proof of Service - 1

1  My business address is 536 Mission Street, San Francisco,
2  California, 94105.
3      On March 5, 2008, I served the within **AMENDED COMPLAINT** on
4  the parties in said action, by placing a true copy thereof
5  enclosed in a sealed envelope with postage thereon fully
6  prepaid, in the United States post office mail box at San
7  Francisco, California addressed as follows:
8  
9  Melissa K. Brown, Esq.
10 U.S. Attorney
   450 Golden Gate Avenue, 9th Floor
11 San Francisco, CA   94102
12
       I Ted Mavrakos, declare under penalty of perjury that the
13 foregoing is true and correct.
14     Executed this 6th day of March 2008 at San Francisco,
15 California.
16                                    _____
17
18

E. K. Wade v. Elaine Chao, et al
Proof of Service - 2