1  E.K. Wade (Pro Se)
2  522 North Civic Drive, Apt. D
   Walnut Creek, CA 94597
3  (925) 323-1578
   ekpeactime@aol.com
4  **Attorney for Plaintiff**

[FILED stamp: 08 MAR 10 AM 10:01, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| E. K. Wade <br><br> Plaintiff, <br><br> vs. <br><br> Elaine Chao, Secretary of Labor <br> U.S. Department of Labor, <br> Office of Federal Contract Compliance Programs <br><br> Defendants. | Case No.  C 08-0001 JSW <br>              C 08-0021 JSW <br><br> **MEET AND CONFER** <br><br> Date:        March 4, 2008 |

On or about March 4, 2008, pursuant to Court's Orders, Plaintiff and Defendant met and conferred and were not successful in reaching an early settlement; Plaintiff refuses ANY ADR; and Defendant requests Early Neutral Evaluation.

Dated this 10th day of March 2008

*/s/ E. K. Wade/*

E. K. Wade (Pro Se)
Attorney for Plaintiff
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 932-8814
ekpeactime@aol.com

E. K. Wade v. Elaine Chao
Meet and Confer
C 08-0001 - 1