1  E.K. Wade (Pro Se)
2  542 North Civic Drive, Apt. D
   Walnut Creek, CA 94597
3  (925) 323-1578
   ekpeactime@aol.com
4  
   **Attorney for Plaintiff**

FILED
08 MAR 11 PM 1:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **E. K. Wade**<br><br>                    **Plaintiff,**<br><br>**vs.**<br><br>**Elaine Chao, Secretary of Labor,**<br><br>                    **Defendants.** | Case No.  **C 08-0001 JSW**<br>               **C 08-0021 JSW**<br><br>**VERIFIED COMPLAINT<br>FOR DAMAGES**<br><br>Title VII & DFEH Act:<br><br>Discrimination in Promotion (Race, Disability, and Age);<br>Disparate Treatment Discrimination (Race, Disability, and Age);<br>Retaliatory Discrimination (Race, Disability, and Age);<br>Hostile Work Environment Harassment (Race, Disability, and Age);<br>Retaliatory Discrimination – Issuance of 14-day Proposed Suspension (Race, Disability, and Age);<br>and Constructive Discharge (Race, Disability, and Age). |

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the City of Concord, California and Contra Costa County. I am over the age of eighteen years and not a party to the within action.

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 1

1  My business address is 536 Mission Street, San Francisco,
2  California, 94105.
3
4      On March 10, 2008, I served the within **MEET AND CONFER** on
5  the parties in said action, by placing a true copy thereof
6  enclosed in a sealed envelope with postage thereon fully
7  prepaid, in the United States post office mail box at Walnut
8  Creek, California addressed as follows:
9  Melissa Brown, Esq.
10 U.S. ATTORNEY
   450 Golden Gate Avenue, 9th Floor
11 San Francisco, CA  94102
12
      I, Ted Mavrakos, declare under penalty of perjury that the
13
   foregoing is true and correct.
14
15     Executed this 10th day of March 2008 at San Francisco,
16 California.

*[signature]*

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 2