Exhibit A

**CERTIFIED MAIL
RETURN RECEIPT
REQUESTED**

November 30, 2007

E. K. Wade
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597

Woody W. Gilliland
1111 Bay Street
San Francisco, CA 94123

Re: Responses to Interrogatories

Dear Mr. Gilliland: (Please read this entirely?)

This is not a passionate plea; it is a business deal – a win-win situation. Subsequent to my employment, I have completed my Paralegal Certificate from Saint Mary's College, with Honors. On December 18, 2007, before the Honorable Judge Martin J. Jenkins, and the U.S. District Court, in San Francisco, California, in *Wade v. Elaine Chao (C 06-4725 MJJ)*, the Judge (African-American) will render his Final Decision on my Fourth Amended Complaint alleging: 1) Discrimination in Promotion (race and disability); 2) Racial Discrimination (advanced sick leave); 3) Disability Discrimination (reasonable accommodations); 4) Retaliatory Discrimination (race and disability); 5) Disparate Treatment Discrimination (race and disability); 6) Hostile Work Environment Harassment (race and disability); 7) Pattern & Practice Discrimination (race and disability); 8) Conspiracy to Interfere with Civil Rights (race and disability); 9) Retaliatory Discrimination – Proposed 14-day Suspension (race and disability); and 10) Constructive Discharge (race and disability).

Although I have survived 3 previous U.S. Attorneys' motions to dismiss my case; and I have more than sufficient clear and convincing evidence to sustain my case, I would like to buttress the case by asking you to complete the attached Responses to Special Interrogatories with honesty, truth, and candor. There is nothing in there to cause you any concerns, for the questions are quite cut and dry about a series of incidents that took place on the job.

As an added incentive, which I really do not have to do, I am offering to pay you $100,000 upon payment of my awards for your prompt completion of this document. I believe that I am doing the right thing here. It's just that I need it done no later than

Wednesday, December 4, 2007. Most of the questions merely require a "Yes" or "No" response.

**NOTE:** If, however, you decline to answer these questions, then I will have no other alternative but to subpoena (force) you to answer them, which would take about 30 more days. And, I will then have to name you, along with 9 others in another lawsuit alleging conspiracy – and I DO NOT want to do that; you have not done me any harm. I know that Charles James was the driving force behind everything. Therefore, I will sue Elaine Chao, Charles James, William Smitherman, Sarah Nelson, Alice Young, Bonnie Corley, Kathyann Batiste, Berlene Roberts, and Jesus Alvarez (*in their individual capacities*); and will exclude you, Angel Luevano, and Georgia Martin. This is a win-win situation. I have already won this case; now, it's just a formality. The Department of Labor will pay the bill; and you get $100,000 from me guaranteed by this formal and legalized document – promising you that amount for your prompt assistance.

Angel Luevano has already completed his for me; and I have enclosed his responses inside so you can see that I am legitimate with this proposal. Should you have ANY concerns or questions, please feel free to call me at home (925) 932-8814 or my cell (925) 323-1578. Mr. Gilliland, you simply have to tell the truth, for to not do so will render you perjury charges.

Now, 1) please print (not write) using blue-colored ink; 2) sign it in blue-colored ink; 3) place it in the large envelope I have self-stamped; and mail it ASAP.

Thank you, in advance, for your prompt attention to this request.

Sincerely,

*E K Wade*

E. K. Wade
Attachments: Responses to Interrogatories

PS: Hold onto this letter as my legally enforceable offer of contract with you. Please…get busy?

**CERTIFIED MAIL**
**RETURN RECEIPT**
**REQUESTED**

November 30, 2007

E. K. Wade
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597

Georgia L. Martin
3936 Lincoln
Oakland, CA 94602

Re: Responses to Interrogatories

Dear Ms. Martin:

This is not a passionate plea; it is a business deal – a win-win situation. I have completed my Paralegal Certificate from Saint Mary's College, with Honors. On December 18, 2007, before the Honorable Judge Martin J. Jenkins, and the U.S. District Court, in San Francisco, California, in Wade v. Elaine Chao (C 06-4725 MJJ), the Judge (African-American) will render his Final Decision on my Fourth Amended Complaint alleging: 1) Discrimination in Promotion (race and disability); 2) Racial Discrimination (advanced sick leave); 3) Disability Discrimination (reasonable accommodations); 4) Retaliatory Discrimination (race and disability); 5) Disparate Treatment Discrimination (race and disability); 6) Hostile Work Environment Harassment (race and disability); 7) Pattern & Practice Discrimination (race and disability); 8) Conspiracy to Interfere with Civil Rights (race and disability); 9) Retaliatory Discrimination (race and disability); and 10) Constructive Discharge (race and disability).

Although I have survived 3 previous U.S. Attorneys' motions to dismiss my case; and I have more than sufficient clear and convincing evidence to sustain my case, I would like to buttress the case by asking you to complete the attached Responses to Special Interrogatories with honesty, truth, and candor. There is nothing in there to cause you any concerns, for the questions are quite cut and dried about a series of incidents that took place on the job.

As an added incentive, I am offering to pay you $100,000 upon payment of my awards for your prompt completion of this document. I believe that I am doing the right thing here. It's just that I need it done no later than Wednesday, December 4, 2007. Most of the questions merely require a "Yes" or "No" response.

NOTE: If you decline to answer these questions, then I will have no other alternative but to subpoena (force) you to answer them, which would take about 30 more days. And, I will then have to name you, along with 8 others in another lawsuit alleging conspiracy -- and I DO NOT want to do that; you have not done me any harm. I know that Woody Gilliland was the driving force behind everything. This is a win-win situation. The Department of Labor will pay the bill; and you get $100,000 from me guaranteed by this formal and legalized document -- promising you that amount for your prompt assistance.

Angel Luevano has already completed his for me; and I have enclosed his responses inside so you can see that I am legitimate with this proposal. Should you have ANY concerns or questions, please feel free to call me at home (925) 932-8814 or my cell (925) 323-1578. Ms. Martin, you simply have to tell the truth.

Now, 1) please print (not write) using blue-colored ink; 2) sign it in blue-colored ink; 3) place it in the large envelope I have self-stamped; and mail it ASAP.

Thank you, in advance, for your prompt attention to this request.

Sincerely,

*E K Wade*

E. K. Wade
Attachments: Responses to Interrogatories

PS: Hold onto this letter as my legally enforceable offer of contract with you. Please...get busy?