Exhibit B

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,

        Plaintiff,

  v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

_____/

No. C 06-02346 CRB

**ORDER**

**RELATED TO:**

05-4960
05-5361
06-1963
06-2925
06-4593
06-4828
06-4905

     Plaintiff has filed twenty-four lawsuits in this Court in the last twelve months, eight of which have been related and assigned to this Court. All eight of these lawsuits pertain, in one fashion or another, to treatment, prescriptions, or benefits received (or not received) by Plaintiff in connection with the Veterans Affairs Northern California Health Care System. Four of these lawsuits are still pending before this Court.

     Plaintiff is hereby ORDERED to seek leave from this Court before filing any additional complaints against the Veterans Affairs Northern California Health Care System, any of its employees, or against the United States or any other government official in connection with his disputes with the VA system. The Clerk of the Court is hereby ORDERED to refuse to file any lawsuit brought by Plaintiff relating to these same defendants and subjects, absent express and written authorization from this Court.

1

**IT IS SO ORDERED.**

2

3

4    Dated:  December 14, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WADE et al,

                Plaintiff,

    v.

DEPARTMENT OF VETERANS AFFAIRS
NORTHERN CALIFORNIA et al,

                Defendant.
_____/

Case Number: CV06-02346 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 14, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E. K. Wade
522 North Civic Drive, Apt. D
Walnut Creek, CA 94597

Dated: December 14, 2006

                Richard W. Wieking, Clerk
                By: Barbara Espinoza, Deputy Clerk