E.K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **E. K. Wade** | Case No. C 08-0001 JSW |
| | C 08-0021 JSW |
| **Plaintiff,** | |
| | **PLAINTIFF'S CASE MANAGEMENT** |
| **vs.** | **CONFERENCE STATEMENT AND** |
| | **PROPOSED ORDER** |
| **Elaine Chao, Secretary of Labor,** | |
| | FRCP, Rule 16(b) |
| **Defendants.** | Civ. L.R. 16-10 |

Date:       March 21, 2008
Time:       1:30 P.M.
Courtroom:  2; 17th Floor

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the

City of Concord, California and Contra Costa County. I am over

the age of eighteen years and not a party to the within action.

My business address is 536 Mission Street, San Francisco,

California, 94105.

1    On March 14, 2008, I served the within **PLAINTIFF'S CASE**

2 **MANAGEMENT STATEMENT** on the parties in said action, by placing a

3 true copy thereof enclosed in a sealed envelope with postage

4

5 thereon fully prepaid, in the United States post office mail box

6 at Walnut Creek, California addressed as follows:

7 Melissa Brown, Esq.
  U.S. ATTORNEY
8 450 Golden Gate Avenue, 9th Floor
9 San Francisco, CA   94102

10    I, Ted Mavrakos, declare under penalty of perjury that the

11 foregoing is true and correct.

12    Executed this 14th day of March 2008 at San Francisco,

13 California.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 2