UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| E.K. WADE, | ) | No. C 08-00001 JSW |
| | ) | No. C 08-00021 JSW |
|         Plaintiff, | ) | |
| | ) | |
|         v. | ) | **[PROPOSED] ORDER GRANTING** |
| | ) | **THE FEDERAL DEFENDANTS'** |
| ELAINE CHAO, SECRETARY OF | ) | **MOTION TO DISMISS ALL OF** |
| LABOR, ET AL. | ) | **PLAINTIFF'S CLAIMS PURSUANT TO** |
| | ) | **42 U.S.C. § 1983 AND 42 U.S.C. § 1985(3)** |
|         Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

On April 25, 2008, the Federal Defendant's motion to dismiss came on regularly for hearing.  Having considered the pleadings, papers on file, and the parties' arguments, the Court hereby GRANTS the motion to dismiss the Seventh and Eighth causes of action in complaint C-08-00021 JSW, and  the entire First Amended Complaint C-08-00001 JSW with prejudice.

IT IS SO ORDERED

DATED: _____          _____

                                             HONORABLE JEFFREY S. WHITE
                                             United States District Court Judge

1

## CERTIFICATE OF SERVICE

2      The undersigned hereby certifies that she is an employee of the Office of the United States

3  Attorney for the Northern District of California and is a person of such age and discretion to be

4  competent to serve papers.  The undersigned further certifies that she is causing a copy of the

5  following:

6  **[PROPOSED] ORDER GRANTING THE FEDERAL DEFENDANTS' MOTION TO**

7  **DISMISS ALL OF PLAINTIFF'S CLAIMS PURSUANT TO 42 U.S.C. § 1983 AND 42**

8  **U.S.C. § 1985(3)**

9  to be served this date upon the party in this action by placing a true copy thereof in a sealed

10  envelope, and served as follows:

11  __X__    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
        the designated area for outgoing U.S. mail in accordance with this office's practice.

12

____    **PERSONAL SERVICE (BY MESSENGER)**

13

____    **FEDERAL EXPRESS**

14

____    **FACSIMILE (FAX)**  Telephone No.:  _See Below_____

15

to the party(ies) addressed as follows:

16

| E.K. Wade | | |
|---|---|---|
| 542 North Civic Drive, Apt. D | | |
| Walnut Creek, CA 94597 | | |

17

18      I declare under penalty of perjury under the laws of the United States that the foregoing is

19  true and correct.

20      Executed on March 19, 2008 at San Francisco, California.

21

22

23  _____/s/_____
    MANIK BOWIE

24  Legal Assistant

25

26

27

28