IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.K. WADE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELAINE CHAO, et al.<br><br>　　　　Defendants.<br>_____/ | No. C 08-00001 JSW<br>(consolidate with No. C 08-00021 JSW)<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE, CONTINUING HEARING ON MOTION TO DISMISS, AND SETTING BRIEFING SCHEDULE** |

　　　　On March 19, 2008, Defendants filed a motion to dismiss all of Plaintiff's claims and noticed the motion for hearing on April 25, 2008, a date which is not available for hearings.

　　　　It is HEREBY ORDERED that the hearing on Defendants' motion to dismiss is CONTINUED from April 25, 2008 to May 9, 2008. It is FURTHER ORDERED that Plaintiff's opposition to the motion shall be due on April 4, 2008, and Defendants' reply shall be due on April 11, 2008. In light of this motion, the Court HEREBY CONTINUES the case management conference currently set for March 21, 2008 at 1:30 p.m. to May 30, 2008 at 1:30 p.m. The parties shall file updated case management conference statements on May 23, 2008.

　　　　In the event the Court finds the Defendants' motion suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If any party wishes to modify this briefing schedule, or continue any of the dates set in this Order, that party must submit a

//

//

//

request to the Court demonstrating good cause for any such modification or continuance.

**IT IS SO ORDERED.**

Dated: March 20, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.K. WADE, | Case Number: CV08-00001 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ELAINE CHAO et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E. K. Wade
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597

Dated: March 20, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk