1  **Name and Address:** E.K Wade (PRO SE)
2  542 N. Civic Dr #D
3  Walnut Creek, CA
4  94597

RECEIVED
08 MAR 28 AM 9:21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No. C 08-0001 JSW
         C 08-0021 JSW

E.K Wade
**Plaintiff / Petitioner**

VS.

Elaine Chao
**Defendant / Respondent**

Document Name:

PROPOSED ORDER

**PROPOSED ORDER**

For good cause shown, and pursuant to Federal Defendant's Administrative Motion to Dismiss Plaintiff's 7th and 8th causes of action in complaint C 08-0021 JSW, the Court hereby denies Defendant's motion; and further grants Continuance.

SO ORDERED.

Dated: April ___, 2008            _____
                                   Honorable Jeffrey S. White
                                   UNITED STATES DISTRICT JUDGE

E. K. Wade v. Elaine Chao
Opposition to Motion; Points and Authorities;
and Proposed Order
C 08-0001 JSW and C 08-0021 JSW - 5