E.K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| E. K. Wade<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Elaine Chao, Secretary of Labor,<br><br>　　　　　　　　　　Defendants. | Case No.  C 08-0001 JSW<br>　　　　　　C 08-0021 JSW<br><br>**PLAINTIFF'S OPPOSITION TO**<br>**DEFENDANT'S MOTION TO DISMISS**<br><br>Date:　　　May 9, 2008<br>Time:　　　9:00 A.M.<br>Courtroom　2. 17th Floor |

**PROOF OF SERVICE BY MAIL**

　　　I am a citizen of the United States and a resident of the City of Concord, California and Contra Costa County. I am over the age of eighteen years and not a party to the within action. My business address is 536 Mission Street, San Francisco, California, 94105.

　　　On March 28, 2008, I served the within **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** on the parties in said action, by placing a true copy thereof enclosed in a sealed

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 1

1  envelope with postage thereon fully prepaid, in the United
2  States post office mail box at Walnut Creek, California
3  addressed as follows:
4
5  Melissa Brown, Esq.
   U.S. ATTORNEY
6  450 Golden Gate Avenue, 9th Floor
   San Francisco, CA  94102
7
8       I, Ted Mavrakos, declare under penalty of perjury that the
9  foregoing is true and correct.
10      Executed this 28th day of March 2008 at San Francisco,
11 California.
12                                    [signature]
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 2