1 UNITED STATES DISTRICT COURT
2 NORTHERN DISTRICT OF CALIFORNIA
3 SAN FRANCISCO DIVISION

4 E.K. WADE, )
 )  No. C 08-00021 CRB
5          Plaintiff, )
 )  **[PROPOSED] ORDER GRANTING EX**
6     v. )  **PARTE MOTION PURSUANT TO FED.**
 )  **R. CIV. P. 56(f)**
7 ELAINE CHAO, SECRETARY OF )
LABOR, ET AL. )
8 )
         Defendant. )
9 )
 )
10 _____)

11 **ORDER**

12    It is hereby ordered that Plaintiff's Motion for Summary Judgment is DENIED without
13 prejudice.
14 Dated: _____
   JEFFREY S. WHITE
15   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**[PROPOSED] ORDER GRANTING EX PARTE MOTION PURSUANT TO FED. R. CIV. P. 56(f)**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

　_X_　**FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

　____　**PERSONAL SERVICE (BY MESSENGER)**

　____　**FEDERAL EXPRESS**

　____　**FACSIMILE (FAX)**  Telephone No.: _See Below_

to the party(ies) addressed as follows:

| E.K. Wade<br>542 North Civic Drive, Apt. D<br>Walnut Creek, CA 94597 | | |
|---|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 2, 2008 at San Francisco, California.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MANIK BOWIE
　　　　　　　　　　　　　　　　　　Legal Assistant