1  E.K. Wade (Pro Se)
   542 North Civic Drive, Apt. D
2  Walnut Creek, CA 94597
   (925) 323-1578
3  ekpeactime@aol.com

4  **Attorney for Plaintiff**

FILED
08 APR -7 PM 1:50

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **E. K. Wade** ) | Case No. C 08-0021 JSW |
| ) | |
| **Plaintiff,** ) | **OPPOSITION TO DEFENDANT'S** |
| ) | **EXPARTE MOTION; AND REQUEST** |
| **vs.** ) | **FOR DEFAULT JUDGMENT** |
| ) | |
| **Elaine Chao, Secretary of Labor,** ) | |
| ) | |
| **Defendants.** ) | |

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the City of Concord, California and Contra Costa County. I am over the age of eighteen years and not a party to the within action. My business address is 536 Mission Street, San Francisco, California, 94105.

On April 4, 2008, I served the within **OPPOSITION TO DEFENDANT'S EXPARTE MOTION; AND REQUEST FOR DEFAULT** on the parties in said action, by placing a true copy thereof enclosed

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0021 JSW - 1

1 | in a sealed envelope with postage thereon fully prepaid, in the
2 | United States post office mail box at Walnut Creek, California
3 | addressed as follows:
4 |
5 | Melissa Brown, Esq.
   | U.S. ATTORNEY
6 | 450 Golden Gate Avenue, 9th Floor
   | San Francisco, CA  94102
7 |
8 |     I, Ted Mavrakos, declare under penalty of perjury that the
9 | foregoing is true and correct.
10 |     Executed this 4th day of April 2008 at San Francisco,
11 | California.
12 |                               /s/ Ted Mavrakos

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0021 JSW - 2