IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**                **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: May 9, 2008                **Court Reporter:** Debra Pas

**CASE NO.: C-08-001 JSW  (Consolidated with C-08-021 JSW)**
**TITLE:  E. K. Wade v. Elaine Chao**

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**

Pro Se                        Melissa Brown

**PROCEEDINGS:**  Motion to Dismiss

**RESULTS:**    The Court heard argument from the parties.
        The motion is taken under submission.
        A written ruling shall issue.

        The May 30, 2008 Initial Case Management Conference is continued to
        August 22, 2008 at 1:30 p.m. at the request of the Plaintiff.