E.K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| E. K. Wade<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Elaine Chao, Secretary of Labor,<br><br>　　　　　Defendants. | Case No. C 08-0001 JSW<br><br>**PLAINTIFF'S CASE FOR DAMAGES** |

### PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the City of Concord, California and Contra Costa County. I am over the age of eighteen years and not a party to the within action. My business address is 536 Mission Street, San Francisco, California, 94105.

On July 7, 2008, I served the within **REQUESTS FOR ADMISSIONS (3rd Set); REQUESTS FOR INTERROGATORIES (2nd Set); SPECIAL INTERROGATORIES (1st Set); and REQUESTS FOR PRODUCTION OF**

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 1

**DOCUMENTS (3rd Set)** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California addressed as follows:

Melissa Brown, Esq.
U.S. ATTORNEY
450 Golden Gate Avenue, 9th Floor
San Francisco, CA  94102

    I, Ted Mavrakos, declare under penalty of perjury that the foregoing is true and correct.

    Executed this 7th day of July 2008 at San Francisco, California.

*[signature: Teodore A Mavrakos]*

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 2