E.K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

**Attorney for Plaintiff**

FILED
08 JUL 11 PM 2:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **E. K. Wade** | Case No. C 08-0001 JSW |
| Plaintiff, | **PLAINTIFF'S CASE FOR DAMAGES** |
| vs. | |
| **Elaine Chao, Secretary of Labor,** | |
| Defendants. | |

### PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the City of Concord, California and Contra Costa County. I am over the age of eighteen years and not a party to the within action. My business address is 536 Mission Street, San Francisco, California, 94105.

On July 9, 2008, I served the within **REQUESTS FOR INTERROGATORIES** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 1

1  fully prepaid, in the United States post office mail box at San
2  Francisco, California addressed as follows:
3  
4  Melissa Brown, Esq.
   U.S. ATTORNEY
5  450 Golden Gate Avenue, 9th Floor
   San Francisco, CA   94102
6  
7      I, Ted Mavrakos, declare under penalty of perjury that the
8  foregoing is true and correct.
9      Executed this 9th day of July 2008 at San Francisco,
10 California.

*[signature]*