E. K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

**Attorney for Plaintiff**



FILED

08 JUL 30 AM 10: 18

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E. K. Wade<br><br>                  Plaintiff,<br><br>vs.<br><br>Elaine Chao, Secretary<br>U.S. Department of Labor<br><br>                  Defendant. | Case No. C 08-0001 JSW<br><br>**MOTION FOR APPOINTMENT OF COUNSEL**<br><br>Date:    September 5, 2008<br>Time:   9:00 A.M.<br>Place:  Courtroom 2, 17th Floor<br>Before: Honorable Jeffrey S. White |

**TO DEFENDANT U.S. ATTORNEYS AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 5, 2008, in Courtroom 2 of the above-entitled Court at 9:00 A.M., the Plaintiff, in the above entitled matter hereby moves the Court for an order appointing legal counsel to act on his behalf based upon: 1) the nature and complexity of this action; 2) the potential merit of the Plaintiff's claims; and 3) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel. *Welch v. Kelly*, 882 F. Supp. 177 (D.D.C. 1995)

"A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of plaintiff to articulate his claim pro se

in the light of the complexity of the legal issues involved. Neither of these issues is dispositive and both must be viewed together before reaching a decision." <u>Wilborn v.Escalderon</u>, 789 F.2d 1328 (9th Cir. 1986)

"Pro se Plaintiffs asserting Civil Rights Act claims are at a serious disadvantage in the unfamiliar world of Civil Litigation, even when their claims have substantial merit." *Federal Bar Association of Western District of Washington, Vol. 27, No.2, p. 9 (2004)*

Dated this 30th day of July 2008

*E. K Wade*

E. K. Wade (Pro Se)
Attorney for Plaintiff
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

E. K. Wade v. Elaine Chao
Motion for Appointment of Counsel
C 08-0001 JSW - 2