1  E.K. Wade (Pro Se)
   542 North Civic Drive, Apt. D
2  Walnut Creek, CA 94597
   (925) 323-1578
3  ekpeactime@aol.com

4  **Attorney for Plaintiff**

FILED

O8 JUL 31 PM 12: 40

CLERK. U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  **E. K. Wade**                      )  Case No.  C 08-0001 JSW
                                        )
14                      **Plaintiff,**  )  <u>MOTION FOR APPOINTMENT OF</u>
                                        )  <u>COUNSEL</u>
15  **vs.**                             )
                                        )
16  **Elaine Chao, Secretary of Labor,**)
                                        )
17                      **Defendants.** )

18

19                    <u>PROOF OF SERVICE BY MAIL</u>

20      I am a citizen of the United States and a resident of the

21

22  City of Concord, California and Contra Costa County.  I am over

23  the age of eighteen years and not a party to the within action.

24  My business address is 536 Mission Street, San Francisco,

25  California, 94105.

26      On July 30, 2008, I served the within **MOTION FOR**

27

28  **APPOINTMENT OF COUNSEL** on the parties in said action, by placing

   a true copy thereof enclosed in a sealed envelope with postage

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 1

thereon fully prepaid, in the United States post office mail box

at San Francisco, California addressed as follows:

Melissa Brown, Esq.
U.S. ATTORNEY
450 Golden Gate Avenue, 9th Floor
San Francisco, CA  94102

    I, Ted Mavrakos, declare under penalty of perjury that the

foregoing is true and correct.

    Executed this 30th day of July 2008 at San Francisco,

California.

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 2