E.K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

**Attorney for Plaintiff**

FILED
08 AUG -4 PM 1:54
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **E. K. Wade** | Case No. C 08-0001 JSW |
| Plaintiff, | **NOTICE OF SUBPOENA** |
| vs. | |
| **Elaine Chao, Secretary of Labor,** | |
| Defendants. | |

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the City of Concord, California and Contra Costa County. I am over the age of eighteen years and not a party to the within action. My business address is 536 Mission Street, San Francisco, California, 94105.

On August 1, 2008, I served the within **SUBPOENA** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the

1 | United States post office mail box at San Francisco, California
2 | addressed as follows:
3 |
4 | Melissa Brown, Esq.
  | U.S. ATTORNEY
5 | 450 Golden Gate Avenue, 9th Floor
  | San Francisco, CA   94102
6 |
7 |     I, Ted Mavrakos, declare under penalty of perjury that the foregoing is true and correct.
8 |
9 |     Executed this 1st day of August 2008 at San Francisco, California.

[Signature: Theodor A Mavrakos]

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 2

≈AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE

v.

ELAINE CHAO

**SUBPOENA IN A CIVIL CASE**

Case Number: C 08-0001 JSW

TO: U.S. ATTORNEY - WILLIAM SMITHERMAN
ELAINE CHAO

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| U.S. ATTORNEY - 450 GOLDEN GATE AVE, 9th FL, SAN FRANCISCO, CA 94102 | 8-20-08; 10:00 A.M. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

COPY OF NOTES FROM MEETING WITH PLAINTIFF AND ADO MARTIN ON OR ABOUT 8-1-03;

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| LASHANDA SCOTT /s/ Scott Relief Deputy | 8/1/2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Lashanda Scott
450 Golden Gate Ave, 16th Floor, San Francisco, CA 94102  (415)522-2000

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

' If action is pending in district other than district of issuance, state district under case number.