

1

2

3

4                        UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   E.K. WADE

8           Plaintiff(s),                          No. C 08-00001 JSW

9       v.                                          **CLERK'S NOTICE**

10  ELAINE CHAO

11          Defendant(s).
    _____/

12
        (Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on
13
    the attached proof of service.)
14
        YOU ARE HEREBY NOTIFIED that on September 5, 2008,  at 9:00 a.m., immediately
15
    following the hearing on the Motion for Appointment of Counsel, in Courtroom 2 on the 17th floor of
16
    the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE
17
    JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for**
18
    August 22, 2008, in this matter.   Case management statements shall be due on or before August 29,
19
    2008.
20

21
                                    Richard W. Wieking
22                                  Clerk, United States District Court

23
                                    By:_____
24                                  Jennifer Ottolini, Deputy Clerk
                                    Honorable Jeffrey S. White
25                                  (415) 522-4173

26  Dated:  August 6, 2008

27

28  NOTE:  Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for
    additional information

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.K. WADE, | Case Number: CV08-00001 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ELAINE CHAO et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E. K. Wade
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597

Dated: August 6, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk