

1  E.K. Wade (Pro Se)
   542 North Civic Drive, Apt. D
2  Walnut Creek, CA 94597
   (925) 323-1578
3  ekpeactime@aol.com

4  **Attorney for Plaintiff**

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12

13 **E. K. Wade**                    ) Case No. C 08-0001 JSW
                                     ) ~~Proof of Service~~
14                      **Plaintiff,** )
                                     )
15 **vs.**                           )
                                     )
16 **Elaine Chao, Secretary of Labor,** )
                                     )
17                      **Defendants.** )

18 ─────────────────────────────────

19              **PROOF OF SERVICE BY MAIL**

20    I am a citizen of the United States and a resident of the

21 City of Concord, California and Contra Costa County. I am over

22
   the age of eighteen years and not a party to the within action.
23
   My business address is 536 Mission Street, San Francisco,
24
   California, 94105.
25
        On August 1, 2008, I served the within **PLAINTIFF'S FIRST**
26
27 **SET OF REQUESTS FOR INTERROGATORIES** on the parties in said

28 action, by placing a true copy thereof enclosed in a sealed

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 1

1  envelope with postage thereon fully prepaid, in the United
2  States post office mail box at San Francisco, California
3  addressed as follows:
4
5  Melissa Brown, Esq.
   U.S. ATTORNEY
6  450 Golden Gate Avenue, 9th Floor
   San Francisco, CA  94102
7
8       I, Ted Mavrakos, declare under penalty of perjury that the
9  foregoing is true and correct.
10      Executed this 1st day of August 2008 at San Francisco,
11 California.

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 2