IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.K. WADE, | |
|     Plaintiff, | No. C 08-00001 JSW |
|   v. | **ORDER OF REFERRAL** |
| ELAINE CHAO, et al. | |
|     Defendants. | |

On August 11, 2008, Plaintiff E.K. Wade filed a motion for sanctions regarding Defendant's response to his request for production, and noticed that motion for hearing on September 19, 2008.

Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS Plaintiff's motion and all further discovery disputes to a randomly assigned Magistrate Judge for resolution. The September 19, 2008 hearing date is VACATED.

**IT IS SO ORDERED.**

Dated: 8/12/2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom