E.K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

**Attorney for Plaintiff**

FILED
08 AUG 20 PM 12:46
[CLERK] U.S. DISTRICT COURT
[NORTHERN DISTRICT] OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **E. K. Wade** | Case No. C 08-0001 JSW |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| **Elaine Chao, Secretary of Labor,** | |
| Defendants. | |

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the City of Orinda, California and Contra Costa County. I am over the age of eighteen years and not a party to the within action. My business address is 90 Seventh Street, Suite 11-100, San Francisco, California, 94103.

On August 19, 2008, I served the within **WITNESS DECLARATIONS OF CINDI ADAMS AND RICHARD GAYTAN** on the parties in said action, by placing a true copy thereof enclosed in a sealed

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 1

1  envelope with postage thereon fully prepaid, in the United
2  States post office mail box at San Francisco, California
3  addressed as follows:
4  
5  Melissa Brown, Esq.
   U.S. ATTORNEY
6  450 Golden Gate Avenue, 9th Floor
   San Francisco, CA  94102
7  
8      I, Cecilia Dixon, declare under penalty of perjury that the
9  foregoing is true and correct.
10     Executed this 19th day of August 2008 at San Francisco,
11 California.
12
13                                              Cecilia Dixon

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 2

1  E.K. Wade (Pro Se)
2  542 North Civic Drive, Apt. D
   Walnut Creek, CA  94597
3  (925) 323-1578
   ekpeactime@aol.com

4  **Attorney for Plaintiff**

FILED
08 AUG 20 PM 12: 46
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **E. K. Wade** | Case No. C 08-0001 JSW |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| **Elaine Chao, Secretary of Labor,** | |
| Defendants. | |

### PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the City of Orinda, California and Contra Costa County.  I am over the age of eighteen years and not a party to the within action. My business address is 90 Seventh Street, Suite 11-100, San Francisco, California, 94103.

On August 15, 2008, I served the within **MOTION FOR SANCTIONS** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 1

1  prepaid, in the United States post office mail box at San
2  Francisco, California addressed as follows:
3
4  Melissa Brown, Esq.
   U.S. ATTORNEY
   450 Golden Gate Avenue, 9th Floor
5  San Francisco, CA  94102
6
        I, Cecilia Dixon, declare under penalty of perjury that the
7
   foregoing is true and correct.
8
        Executed this 15th day of August 2008 at San Francisco,
9
10 California.

11                                          *Cecilia Marie Di*—
12                                               Cecilia Dixon

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 2