E.K. Wade (Pro Se)
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597
(925) 323-1578
ekpeactime@aol.com

**Attorney for Plaintiff**

FILED
08 AUG 28 PM 12:45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **E. K. Wade** | Case No. C 08-0001 JSW |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| **Elaine Chao, Secretary of Labor,** | |
| Defendants. | |

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the City of Oakland, California and Alameda County. I am over the age of eighteen years and not a party to the within action. My business address is 90 Seventh Street, Suite 11-100, San Francisco, California, 94103.

On August 27, 2008, I served the within **SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 1

with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California addressed as follows:

Melissa Brown, Esq.
U.S. ATTORNEY
450 Golden Gate Avenue, 9th Floor
San Francisco, CA  94102

 I, Gregory Hunt, declare under penalty of perjury that the foregoing is true and correct.

 Executed this 27th day of August 2008 at San Francisco, California.

_____
Gregory Hunt

E. K. Wade v. Elaine Chao
Proof of Service
C 08-0001 JSW - 2