UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:  JEFFREY S. WHITE**

**Date**: September 5, 2008

**Case No:** C 08-00001 JSW

**Case Title**: E.K. WADE v. ELAINE CHAO, et al.

**Appearances:**

    For Plaintiff(s): E.K. Wade (pro se)

    For Defendant(s): Melissa Brown

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Kathy Wyatt

## *PROCEEDINGS*

1.  Initial Case Management Conference - held

## *SUMMARY*

- Plaintiff signed consent form to proceed before a magistrate judge for all purposes.  Defendants shall have a week to inform this Court whether or not they consent.
- The Court set the following dates:
    Fact Discovery Cut-Off:    12/12/08
    Initial Expert Report:    01/09/09
    Expert Discovery Cut-Off:    02/09/09
    Dispositive Motions:    04/10/09 at 9:00 AM
    Pretrial Conference:    06/29/09 at 2:00 PM
    Jury Trial:    07/20/09 at 8:00 AM