1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (SBN 203307)
   Assistant United States Attorney
4        450 Golden Gate Avenue, 10th Floor
         San Francisco, California 94102-3495
5        Telephone:    (415) 436-6962
         Facsimile:    (415) 436-6748
6        Email:        melissa.k.brown@usdoj.gov

7  Attorneys for Defendant

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12  E.K. WADE,                          )   Consolidated Case No. C 08-00001 JSW /
                                        )   EDL
13                  Plaintiff,          )
                                        )   **EXHIBIT C TO THE DECLARATION**
14         v.                           )   **OF MELISSA K. BROWN IN SUPPORT**
                                        )   **OF THE FEDERAL DEFENDANT'S**
15  ELAINE CHAO, SECRETARY OF           )   **OPPOSITION TO PLAINTIFF'S**
    LABOR, ET AL.                       )   **MOTION FOR SANCTIONS**
16                                      )
                    Defendant.          )   Date: September 30, 2008
17                                      )   Time: 3:00 p.m.
                                        )   Place: Courtroom E, 15th Floor
18  _____)          Honorable Elizabeth Laporte

19

20

21

22

23

24

25
                                                              **EXHIBIT C**
26

27

28

## Brown, Melissa K. (USACAN)

| | |
|---|---|
| From: | Ekpeactime@aol.com |
| Sent: | Tuesday, August 19, 2008 6:37 PM |
| To: | Brown, Melissa K. (USACAN) |
| Subject: | Clarification.... |

Ms. Brown:

After 5 agonizing days and 21 hours of working through the 2 boxes of Defendant's Responses to Plaintiff's Request for Production of documents, Plaintiff finally found your manila envelope, which was at the bottom of the un-addressed box completely hidden from view. Upon receipt of the 2 boxes, Plaintiff used common sense and opened the addressed box first. Upon finding no guide, tabs, or anything (in all 4 sides of the boxes), Plaintiff was not given a reasonable opportunity to match the required Requests with your Responses. Upon the realization of this dilemma, Plaintiff, though upset and confused, quite naturally began the arduous task of working both boxes (the addressed, then the un-addressed) so Plaintiff could match your original Responses to Plaintiff's Request for Production of Documents.

Therefore, after 5 days of work, Plaintiff noticed the manila envelope at the bottom of the un-addressed box. Plaintiff is not being rude, but surely you can see that Plaintiff had no other alternative - once he realized that there was no guide, reference, or anything visible to which he could relate to. Both boxes were packed with papers on their sides on top of your manila envelope.

When Plaintiff and you had the awful conversation, wherein you stated emphatically that you had properly placed the referenced materials in the box, Plaintiff was being quite reasonable (under the circumstances), for he honestly could not see, and in retrospect, could not have been able to see what was hidden from view. Common sense should tell you that, when Plaintiff looked in ALL sides of both boxes, he was not suppose to find your manila envelope. To make matters even worse, you replaced your original Responses with amended Responses, which meant that Plaintiff had to go back and undo the 21 hours of work because of the unknown amendments. Therefore, Plaintiff will ask the Court for 42 hours of sanctions. If this DOES NOT clarify things for you, then I'm sorry. But, Plaintiff did not err - you did.

E. K. Wade

---

It's only a deal if it's where *you* want to go. Find your travel deal **here**.

1