JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney
   450 Golden Gate Avenue,10th Floor
   San Francisco, California 94102-3495
   Telephone:    (415) 436-6962
   Facsimile:    (415) 436-6748
   Email:       melissa.k.brown@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E.K. WADE,                                )<br>                                                   )<br>                     Plaintiff,            )<br>                                                   )<br>              v.                              )<br>                                                   )<br> ELAINE CHAO, SECRETARY OF     )<br> LABOR, ET AL.                           )<br>                                                   )<br>                     Defendant.         )<br>                                                   )<br>                                                   )<br>_____) | Consolidated Case No. C 08-00001 JSW<br><br>FEDERAL DEFENDANT'S CONSENT<br>TO PROCEED BEFORE MAGISTRATE<br>JUDGE ELIZABETH D. LAPORTE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

ELIZABETH D. LAPORTE.

    In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party hereby

voluntarily consents to have United States Magistrate Judge Elizabeth D. Laporte conduct any

and all further proceedings in this case, including trial, and order the entry of a final judgment.

Appeal from the judgment shall be taken directly to the United States Court of Appeal for the

Ninth Circuit.

DATED: September 10, 2008         Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

                                      /s/ Melissa Brown
                              _____
                                    MELISSA K. BROWN
                                    Assistant United States Attorney