IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,

    Plaintiff,

  v.

ELAINE CHAO, et al.

    Defendants.

No. C 08-00001 JSW

**ORDER OF REFERRAL**

Pursuant to Northern District Local Rule 73-1(b) and the parties's consent, this matter is HEREBY REFERRED to Magistrate Judge Elizabeth D. Laporte for all purposes.

**IT IS SO ORDERED.**

Dated: September 11, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom
       Intake

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,

         Plaintiff,

  v.

ELAINE CHAO et al,

         Defendant.

Case Number: CV08-00001 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

E. K. Wade
542 North Civic Drive, Apt. D
Walnut Creek, CA 94597

Dated: September 11, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk