JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:    (415) 436-6962
    Facsimile:    (415) 436-6748
    Email:    melissa.k.brown@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E.K. WADE,<br><br>    Plaintiff,<br><br>v.<br><br>ELAINE CHAO, SECRETARY OF LABOR, ET AL.<br><br>    Defendant. | Consolidated Case No. C 08-00001 JSW / EDL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE NON-EXPERT DISCOVERY CUT-OFF** |

    WHEREAS, on October 3, 2008, the Honorable Magistrate Judge Elizabeth Laporte issued a Case Management and Pretrial Order for Jury Trial ("Case Management Order");

    WHEREAS, the Case Management Order sets the non-expert discovery cut-off for December 12, 2008;

    WHEREAS, plaintiff E.K. Wade (Pro se) and the defendant Elaine Chao, Secretary of Labor, by and through her counsel (collectively the "parties") have determined that they will not be able to complete non-expert discovery prior to December 12, 2008, and therefore have agreed to extend the non-expert discovery cut-off to February 9, 2009 and to request an order providing the same;

//

ACCORDINGLY, it is hereby agreed by the parties, E.K. Wade and defendant Elaine Chao, Secretary of Labor, by and through her counsel, that the non-expert discovery cut-off be moved to February 9, 2009.

So Stipulated.

DATED: November 21, 2008                    Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                                    /s
                                            _____
                                            MELISSA K. BROWN
                                            Assistant United States Attorney


                                                    /s
Dated: November 21, 2008                    _____
                                            E.K. WADE
                                            Pro Se Plaintiff

**[PROPOSED ] ORDER**

Pursuant to the stipulation of the parties, the non-expert discovery cut-off is moved from December 12, 2008 to February 9, 2009.

**IT IS SO ORDERED**

Dated: ___November 25, 2008___



3