UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,

       Plaintiff,

       v.

HILDA L. SOLIS, Secretary of Labor, et al.,

       Defendant.

_____/

No. C 08-00001 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendant's Motion for Summary Judgment noticed for 3:00 p.m. on April 28, 2009 has been **reset to 9:00 a.m.** before Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: March 26, 2009

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
      Lili M. Harrell
      Courtroom Deputy