```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney
    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:      (415) 436-6962
    Facsimile:      (415) 436-6748
    Email:          melissa.k.brown@usdoj.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E.K. WADE,<br><br>        Plaintiff,<br><br>    v.<br><br>HILDA L. SOLIS, SECRETARY OF LABOR, ET AL.<br><br>        Defendant. | Case No. C 08-00001 EDL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL CONFERENCE DATE**<br>AS MODIFIED |

      WHEREAS, on April 15, 2009, the Honorable District Court Judge Saundra Brown Armstrong issued an Order in the case *Robert Nalducci v. Pete Geren*, Case No. C-06-7702 SBA ("Nalducci Action") that among other things, continued the trial to July 6, 2009 and continued the pretrial conference to June 30, 2009 at 1:00 p.m.;

      WHEREAS, the new pretrial conference date in the Nalducci Action now creates a conflict with the pretrial conference date in the above-captioned action, which is currently scheduled for June 30, 2009 at 2:00 p.m.;

      WHEREAS, the second-chair in the Nalducci Action is not available to appear for the new pretrial conference date of June 30, 2009 at 1:00 p.m. and where no second-chair has been assigned to the above-captioned matter;

      WHEREAS on April 15, 2009, counsel for the defendant Hilda L. Solis, Secretary of Labor ("Defendant") contacted plaintiff, E.K. Wade to request that he agree to continue the

1  pretrial conference scheduled for June 30, 2009 to July 1, 2009 due to the conflict and he so
2  agreed;
3      WHEREAS, the Defendant respectfully requests that the pretrial conference date in the
4  above-captioned matter be continued from June 30, 2009 to July 1, 2009 and requests an order
5  regarding the same.
6      ACCORDINGLY, it is hereby agreed by the parties, E.K. Wade and defendant Hilda L.
7  Solis, Secretary of Labor, by and through her counsel, that the pretrial conference currently
8  scheduled for June 30, 2009 be continued to ~~July 1, 2009.~~ July 2, 2009 at 2:00pm
9      So Stipulated.

11  DATED: April 20, 2009                     Respectfully submitted,

13                                            JOSEPH P. RUSSONIELLO
14                                            United States Attorney
15                                            /s
                                              _____
16                                            MELISSA K. BROWN
                                              Assistant United States Attorney

19  Dated: April 20, 2009                    /s
                                              _____
20                                            E.K. WADE
                                              Pro Se Plaintiff

**[~~PROPOSED~~ ] ORDER**

Pursuant to the stipulation of the parties, the pretrial conference current scheduled for June 30, 2009 is continued to July 1, 2009.

**IT IS SO ORDERED**

Dated: ___April 23, 2009___



IT IS SO ORDERED AS MODIFIED

Judge Elizabeth D. Laporte

3